IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD KEMPH, § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CASE NO. 3:24-CV-2791-NB-K |
| § | |
| KELLY CURRAN AND KTC LAW § | |
|  FIRM PLLC, § | |
|     DEFENDANTS. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff Richard Kemph's Amended, Unopposed Motion to Remand [Doc. 9] is **GRANTED.**

**SO ORDERED**,

Signed March 13, 2025.

                                                          DAVID GODBEY
                                          **CHIEF UNITED STATES DISTRICT JUDGE**